**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01047-CV

**EDDY'S MOTORS, LLC, Appellant**

**V.**

**SANTANDER CONSUMER USA, INC. D/B/A CHRYSLER CAPITAL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14698**

## ORDER

By letter dated October 3, 2017, court reporter Thu Bui informed the Court appellant has failed to pay the reporter's fee. That same day, we directed appellant to file, within ten days, written verification it had paid or made arrangements to pay the fee. We cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, however, appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, we **ORDER** appellant to file its brief no later than November 27, 2017.

/s/    CRAIG STODDART
       JUSTICE